UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS SYLVESTER ELENDU,<br><br>Defendant. | Case No. 3:24-CR-142<br><br>**MOTION TO CONTINUE TRIAL** |

Defendant Ross Sylvester Elendu, through his undersigned attorney, respectfully requests that the Court continue the jury trial currently scheduled for July 22, 2025. This is a complex case involving alleged financial crimes and includes a large volume of discovery. Plea negotiations are ongoing. Moreover, Mr. Elendu is a legal permanent resident of the United States and concerns regarding his immigration status add an additional layer of complexity. Due to these issues, additional time is needed prior to trial. Mr. Elendu has previously executed and filed a Waiver of Speedy Trial. Dkt. 36.

Accordingly, Mr. Elendu respectfully requests that the current trial date be continued. The United States, as represented by AUSA Matthew Greenley, has been consulted and does not object to the motion.

Dated this 17th day of June, 2025.         MCGEE, HANKLA, & BACKES, P.C.

                                    BY:   /s/ *Erich M. Grant*
                                          Erich M. Grant (ND ID# 07593)
                                          Attorney for the Defendant
                                          E-mail: egrant@mcgeelaw.com
                                          2400 E. Burdick Expwy., Ste. 100
                                          PO Box 998
                                          Minot, North Dakota 58702-0998
                                          (701) 852-2544