**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **VERDICT FORM** |
| | ) | |
| vs. | ) | Case No. 3:24-cr-142 |
| | ) | |
| Ross Sylvester Elendu, | ) | |
| | ) | |
| Defendant. | ) | |

1. **Wire Fraud – Shuttered Venue Operations Grant**

   We the jury find the defendant, Ross Sylvester Elendu:

   _____ Not Guilty          __X__ Guilty

   of the offense of Wire Fraud, as set forth in Count One of the Second Superseding Indictment.

2. **Wire Fraud – Paycheck Protection Program Loan (Telaroice)**

   We the jury find the defendant, Ross Sylvester Elendu:

   _____ Not Guilty          __X__ Guilty

   of the offense of Wire Fraud, as set forth in Count Two of the Second Superseding Indictment.

3. **Wire Fraud – Paycheck Protection Program Loan (Telaroice)**

   We the jury find the defendant, Ross Sylvester Elendu:

   _____ Not Guilty          __X__ Guilty

   of the offense of Wire Fraud, as set forth in Count Three of the Second Superseding Indictment.

4. **Wire Fraud – Paycheck Protection Program Loan (Colossal)**

We the jury find the defendant, Ross Sylvester Elendu:

_____ Not Guilty          __X__ Guilty

of the offense of Wire Fraud, as set forth in Count Four of the Second Superseding Indictment.

5. **Wire Fraud – Paycheck Protection Program Loan (Colossal)**

We the jury find the defendant, Ross Sylvester Elendu:

_____ Not Guilty          __X__ Guilty

of the offense of Wire Fraud, as set forth in Count Five of the Second Superseding Indictment.

6. **Fraud and False Statements in a Tax Return**

We the jury find the defendant, Ross Sylvester Elendu:

_____ Not Guilty          __X__ Guilty

of the offense of making and subscribing to a false income tax return, as set forth in Count Six of the Second Superseding Indictment.

Dated this __12TH__ day of December, 2025.

_____    12/12/25
                                      Foreperson

After you have completed this verdict form, please have your foreperson sign and date it, seal it in the verdict envelope, and inform the court security officer that you have reached your verdicts.