UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>ROSS SYLVESTER ELENDU,<br><br>                     Defendant. | Case No.  3:24-CR-142<br><br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Erich M. Grant, Attorney for the Defendant, moves the Court for its order allowing him to withdraw as counsel for the Defendant, Ross Sylvester Elendu, based upon the following cause:

1. There has been a complete and irretrievable breakdown of the attorney-client relationship whereby effective representation is no longer possible.

2. The Defendant has demanded that the undersigned withdraw as his counsel.

3. Reasonable efforts have been made to resolve these issues but to no avail.

4. The defendant has been convicted by a jury and is in detention pending sentencing on April 2, 2026, at 1:30 PM. Sufficient time remains for the defendant to retain new counsel in advance of his sentencing hearing. He would not be prejudiced by withdrawal.

Based upon the forgoing reasons, Counsel for the Defendant respectfully moves to withdraw as counsel for the Defendant.

Dated this 20th day of February, 2026.

McGee, Hankla, & Backes, P.C.

BY:   /s/ *Erich M. Grant*
       Erich M. Grant (ND ID# 07593)
       E-mail: egrant@mcgeelaw.com
       2400 E. Burdick Expwy., Ste. 100
       PO Box 998
       Minot, North Dakota 58702-0998
       (701) 852-2544
       *Attorney for the Defendant*

1

## CERTIFICATE OF SERVICE

Erich M. Grant, counsel for the Defendant, hereby certifies that the foregoing document was

served upon the following:

By Certified Mail:                          By Electronic Filing:

Ross Elendu #2025004029            Matthew Greenley
Sherburne County Jail                  Assistant U.S. Attorney
13880 Business Ctr Dr., NW, Suite 200    matthew.greenley@usdoj.gov
Elk River, MN 55330


Dated this 20th day of February, 2026.          MCGEE, HANKLA, & BACKES, P.C.


                              BY:     /s/ Erich M. Grant
                                      Erich M. Grant (ND ID# 07593)
                                      E-mail: egrant@mcgeelaw.com
                                      2400 E. Burdick Expwy., Ste. 100
                                      PO Box 998
                                      Minot, North Dakota 58702-0998
                                      (701) 852-2544
                                      *Attorney for the Defendant*