IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No.: 3:24-cr-142 |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS MOTION TO** |
| vs. | ) | **CONTINUE THE SENTENCING** |
| | ) | **HEARING** |
| Ross Sylvester Elendu, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMES NOW**, the Defendant, Ross Sylvester Elendu (Mr. Elendu), by and through his counsel, Adam Justinger, and hereby moves the Court for its Order to continue Mr. Elendu's Sentencing currently scheduled for April 2, 2026 at 1:30 p.m.

As grounds, Defendant states:

1. Undersigned counsel for the Defendant was just appointed to represent Mr. Elendu on March 9, 2026. Doc. No. 72. A five day jury trial was held prior to undersigned counsel's appointment

2. Undersigned counsel is in the process of requesting the trial transcript in this matter to assist in preparing for Sentencing. The transcript is not expected to be available for approximately sixty (60) days.

3. For these reasons, Defendant's Attorney and Defendant would like additional time to prepare for the Sentencing Hearing.

4. The Government, through Assistant United States Attorney Matthew D. Greenley, does not object to this motion.

5. The undersigned, further, represents to the Court that this motion is made neither

1

for purposes of undue delay nor other improper reason.

**WHEREFORE**, Defendant, Mr. Elendu, requests that the Court continue the Sentencing currently scheduled for April 2, 2026 at 1:30 p.m. to a later date. Undersigned counsel requests a date in July 2026 or later to properly review the case. This is approximately 90 days out to ensure undersigned counsel can get the trial transcript.

Dated this 11th day of March, 2026.

Digitally signed by Adam
Justinger
Date: 2026.03.11 15:25:17
-05'00'

Adam Justinger (ND ID #08635)
SW&L Attorneys
4627 44th Avenue South, Suite 108
Fargo, North Dakota 58104
Telephone: (701) 297-2890
Fax: (701) 297-2896
adam.justinger@swlattorneys.com
ATTORNEYS FOR DEFENDANT