# MOTION TO PROCEED PRO SE

**United States District Court**
**District of North Dakota**

**United States of America**
**v.**
**Ross Sylvester Elendu**
Case No. 3:24-cr-00142-PDW

## DEFENDANT'S MOTION TO PROCEED PRO SE

Defendant, Ross Sylvester Elendu, respectfully, moves this court for an order permitting him to proceed **pro se** pursuant to the Sixth Amendment to the United States Constitution.

## RIGHT TO SELF-REPRESENTATION

The Sixth Amendment guarantees a criminal defendant the righ to represent himself. See *Faretta v. Califronia,* 422 U.S. 806(1975).

Defendant knowingly, voluntarily, and intelligently asserts his right to proceed without counsel.

## BASIS FOR REQUEST

Defendant respectfully submits that:
- There has been a breakdown in communication between Defendant and current counsel
- Defendant does not believe current counsel is acting in his best interest
- Defendant has requested certain actions and filings that have not been carried out
- Defendant wishes to take control of his defense and filings moving forward

## KNOWING AND VOLUNTARY WAIVER

Defendant understands:
- He has the right to be represented by counsel
- Proceeding without counsel may be detrimental to his case
- He will be required to follow all rules of procedure and evidence
- The Court will not provide legal advice

Despite these risks, Defendant knowingly and voluntarily waives his right to counsel and elects to proceed pro se.

## REQUEST FOR STANDBY COUNSEL

Defendant respectfully requests that the court appoint standby counsel to assist if and when

needed.

**WHEREFORE, Defendant respectfully requests that this court:**

1. Grant this Motion to Proceed Pro Se
2. Conduct a Faretta Hearing
3. Allow Defendant to represent himself in all further proceedings

**Respectfully,**
**Ross Sylvester Elendu**
**33441**
**Sherburne County Jail**
**13880 Business Ctr Dr. NW Suite 200**
**Elk River, MN 55330**

**Date: April 13th 2026**