MOTION FOR STATUS CONFERENCE, CLARIFICATION OF
REPRESENTATION STATUS AND TO EXPEDITE FARETTA PROCEEDINGS

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,
Plaintiff,

V.
ROSS - SYLVESTER ELENDU
Defendant.

Case No: 3:24-Cr-00142-PDW

MOTION FOR STATUS CONFERENCE, CLARIFICATION OF
REPRESENTATION STATUS, AND TO EXPEDITE FARETTA HEARING
Comes Now Defendant, Ross-Sylvester ELENDU appearing
"Pro se" for purposes of this motion, and respectfully moves this
court for:

* A status conference regarding representation and upcoming
sentencing proceedings
* Clarification of Defendant's current representation status and
* Expedited Faretta proceedings and appointment/notification of
Standby counsel.

In support thereof, Defendant states as follows:
- On or about April 23rd, 2026, the Court granted prior counsel's
motion to withdraw following Defendant's request to proceed "Pro se".

— The Court sent a letter to the Defendant stating that standby Counsel would be appointed and the Faretta proceedings would be scheduled at a later date.

As of the filing of this motion:

* Defendant has not received notice of appointed standby Counsel.
* No Faretta hearing has yet been conducted or scheduled.
* Defendant's representation status remains unclear
* Sentencing is rapidly approaching.

(i) Defendant respectfully submits that sentencing constitutes a Critical Stage of the proceedings under the Sixth Amendment, and Clarification regarding representation status is necessary to ensure orderly and Constitutionally sound proceedings.

(ii) Defendant further states that additional preparation remains necessary regarding:
* Review of the Presentence Investigation Report (PSR)
* Review of Discovery materials
* Review of Trial transcripts and hearing transcripts
* Preparation of objections and sentencing related filings.

(iii) Defendant is not filing this motion for purposes of delay, but rather to preserve Clarity regarding representation status and ensure adequate preparation for sentencing proceedings.

(iv) Defendant respectfully requests that the Court:
— Schedule a status conference at the Court's earliest convenience
— Clarify whether Defendant is presently proceeding pro se
— Clarify whether standby counsel has been appointed
— Expedite Faretta proceedings if the Court still intends to conduct such hearing prior to Sentencing.

- And provide guidance regarding filing procedures pending appointment of standby counsel.

WHEREFORE, Defendant respectfully requests that this court grant the relief requested herein and for such other relief as the Court deems just and proper.

Respectfully,
Ross-Sylvester ELENDU
Pro SE Defendant
Inmate Number: 2026-00001971
Cass County Jail
450 34th St. S
Fargo, ND 58103

05/18/2026

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2026, I placed a true and correct copy of the foregoing Motion for Status Conference, Clarification of Representation Status and to Expedite Faretta Proceedings in the institution's legal mail system addressed to:

Office of the United States Attorney
655 1st Ave. N Suite 250 Fargo, ND 58102
and mailed to the Clerk of Court for filing.